## CALVIN CARTER *v.* EDWARD NEWMAN (10904)

DALY, O'CONNELL and HEIMAN, Js.

Submitted on briefs September 14—decision released October 6, 1992

*Leonard M. Crone* filed a brief for the appellant (defendant).

*Linda R. Stark* and *John R. Bryk* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.